UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, | |
| -vs- | Case No.     4:04-CR-0466-HEA |
| Damon Moore, <br>     Defendant. | |

**ORDER**

The purpose for which cash bail was posted in the above styled matter having now been served, the Clerk is hereby ORDERED to draw a Registry Check in the sum of $ __2,500.00__ to <u>Rufus Moore</u>, the surety of record.

*[signature]*

UNITED STATES DISTRICT JUDGE

Dated this 6th day of March, 2006.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**VERIFICATION OF DEFENDANT'S STATUS**
(to be completed by the District Court)

I certify that the amount of the bond listed above is being held in the Registry of the United States District Court-Eastern District of Missouri. I also certify that the status of the defendant is such that the conditions of the bond have been met as of this __3rd__ day of __March__, 2006.

                          /s/ Cindy Kornberger
                              Deputy Clerk