UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| -vs- | Case No. 4:04-CR-0466-HEA |
| Damon Moore, | |
| Defendant. | |

**ORDER**

The purpose for which cash bail was posted in the above styled matter having now been served, the Clerk is hereby ORDERED to draw a Registry Check in the sum of $ 2,500.00 to Anna Mae Moore, the surety of record.

_____
UNITED STATES DISTRICT JUDGE

Dated this 6th day of March, 2006.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**VERIFICATION OF DEFENDANT'S STATUS**
(to be completed by the District Court)

I certify that the amount of the bond listed above is being held in the Registry of the United States District Court-Eastern District of Missouri. I also certify that the status of the defendant is such that the conditions of the bond have been met as of this 3rd day of March, 2006.

/s/ Cindy Kornberger
Deputy Clerk